THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Fredrick Jermaine Harris,       
Appellant.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-224
Submitted January 29, 2004  Filed March 
 30, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Frederick 
 Jermaine Harris was indicted for one count of conspiracy, one count of first-degree 
 burglary, and two counts of armed robbery.  Harris was found guilty, and the 
 circuit court sentenced him to five years imprisonment for conspiracy, and to 
 three concurrent twenty-seven year sentences on the remaining charges.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Harris counsel attached 
 a petition to be relieved.  Harris filed a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Harris appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, STILWELL, and HOWARD, JJ., concurring.

 
 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.